**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 1:25-cv-225

DUSTIN HARRISON,

    Plaintiff,

v.

TROY SARDI, in his individual capacity,
MICHAEL JUDD, in his individual capacity,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Comes now Madeline Leibin of NEWMAN | MCNULTY, LLC and hereby enters her appearance as counsel for Plaintiff in the above captioned case.

Respectfully submitted this 23rd day of January 2025.

        NEWMAN | MCNULTY, LLC

        *s/ Madeline Leibin*
        Madeline Leibin
        Andy McNulty
        NEWMAN | MCNULTY, LLC
        1490 N. Lafayette Street, Suite 304
        Denver, CO 80218
        (720) 850 - 5770
        madeline@newman-mcnulty.com
        andy@newman-mcnulty.com

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all entered parties.

                                               Newman | McNulty, LLC

                                               *s/ Madeline Leibin*
                                               Madeline Leibin